AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| United States of America | |
|---|---|
| v. | Case: 1:23-mj-65 |
| Thomas Andrew Casselman | Assigned To: Magistrate Judge Zia M. Faruqui |
| | Date: 3/24/2023 |
| | Description: Complaint with Arrest Warrant |

*Defendant*

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*        Thomas Andrew Casselman        ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

18 U.S.C. §§ 111(a)(1) and (b): Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon;
18 U.S.C. § 231(a)(3): Civil Disorder;
18 U.S.C. § 1752(a)(1): Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2): Disorderly or Disruptive Conduct in any Restricted Building or Grounds;
18 U.S.C. §§ 1752(a)(4) and (b)(1)(a): Physical Violence in any Restricted Building or Grounds while using or carrying a dangerous weapon;
40 U.S.C. § 5104(e)(1)(A)(i): Carrying a Dangerous Weapon on Capitol Grounds;
40 U.S.C. § 5104(e)(2)(D): Disorderly or Disruptive Conduct, at any place in the Grounds or in any of the Capitol Buildings; and
40 U.S.C. § 5104(e)(2)(F): Act of Physical Violence in the Grounds or any of the Capitol Buildings.

Date:    03/24/2023

Zia M. Faruqui  Digitally signed by Zia M. Faruqui
Date: 2023.03.24 15:32:11 -04'00'

*Issuing officer's signature*

City and state:        Washington, D.C.            Hon. Zia M. Faruqui, U.S. Magistrate Judge

*Printed name and title*

| **Return** |
|---|

This warrant was received on *(date)* 3/24/23 , and the person was arrested on *(date)* 3/28/23
at *(city and state)* Walhalla SC .

Date:    3/28/23

*Arresting officer's signature*

Robert Gibins    Task Force Officer
*Printed name and title*